UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PHILLIPS,<br><br>      Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>      Defendant. | CASE NO. 11-CV-00840-LJO-SKO<br><br>**ORDER FOR FURTHER TWO-WEEK EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT** |

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that Defendant Sun Life Assurance Company of Canada has an extension of time through July 13, 2011, to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: **June 29, 2011**              **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE