1  Corinne Chandler, Esq.
   State Bar No. 111423
2  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
3  Northridge, CA 91324
   Telephone:  (818) 886-2525
4  Facsimile:  (818) 350-6272

5  Attorneys for Plaintiff,
   Cynthia Phillips

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  Cynthia Phillips,                    )   Case No. 11-CV-00840-LJO-SKO
                                         )
12            Plaintiff,                 )   ORDER GRANTING DISMISSAL
                                         )   WITHOUT PREJUDICE
13                                       )
                                         )
14        vs.                            )
                                         )
15  Sun Life Assurance Company of        )
    Canada,                              )
16                                       )
              Defendant.                 )
17  _____)

18        Having reviewed plaintiff's Notice of Dismissal pursuant to Rule

19  41(a)(1)(A)(i), the Court hereby dismisses the above entitled action, without

20  prejudice.  Each party is to bear its and her own costs.

21        IT IS SO ORDERED.  The Clerk of the Court is directed to close this action in

22  its entirety.

23

24  IT IS SO ORDERED.

25  **Dated:   July 7, 2011**            _____
                                         **/s/ Lawrence J. O'Neill**
26                                       UNITED STATES DISTRICT JUDGE

27

28